IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WALLACE MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:06-cv-00621 |
| ) | Judge Thomas A. Wiseman, Jr. |
| RIVERGATE ACQUISITIONS, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Plaintiff's Motion to Dismiss and Remand to General Sessions (Doc. No. 10).

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion is hereby **DENIED**.

It is so **ORDERED**.

The matter is referred to Magistrate Judge Knowles for further case management.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge